IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CRANDALE REDMAN,

           Plaintiff,

v.                             CIVIL ACTION NO. 2:10-cv-00119

JACKSON COUNTY PROSECUTING ATTORNEY, et al.,

           Defendants.

**MEMORANDUM OPINION & ORDER**

This action was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1) (2002). The Magistrate Judge has submitted findings of fact and recommended that the presiding district court judge dismiss this matter without prejudice under *Younger v. Harris*, 401 U.S. 37, 45 (1971).

The petitioner timely filed written objections to the Magistrate Judge's findings of fact and recommendation. Having reviewed the petitioner's objections *de novo*, the court **FINDS** that they ultimately are without merit. The court agrees with and adopts the thorough analysis of the Magistrate Judge. The court **DISMISSES** this matter without prejudice under *Younger v. Harris*, 401 U.S. 37, 45 (1971).

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                          ENTER:      March 11, 2010

                                          Joseph R. Goodwin, Chief Judge